UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA ALEXANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.    1:14-CV-3119-LRS<br><br>JUDGMENT IN A<br>CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment (ECF No. 14) and Defendant's Motion for Summary Judgment (ECF No. 19) are **GRANTED** to the extent that a remand is ordered for additional proceedings.  The Commissioner's decision is **REVERSED** and pursuant to sentence four of 42 USC § 405(g), this matter is **REMANDED** to the Commissioner for additional proceedings consistent with this order.

1 | JUDGMENT IN A CIVIL CASE

DATED:  May 13, 2015

                    SEAN F. McAVOY
                    Clerk of Court

                    By:  s/*Shelly Koegler*
                           Deputy Clerk